## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| SHARON VEACH, </br></br>        PLAINTIFF </br></br> v. </br></br> COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, </br></br>        DEFENDANT | CIVIL NO. 1:13-CV-76-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On December 16, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on January 2, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's final decision is **AFFIRMED** and **JUDGMENT** is entered in favor of the Commissioner.

**SO ORDERED.**

**DATED THIS 5TH DAY OF JANUARY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**